# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
<u>Western</u> DIVISION

| | |
|---|---|
| James Reese & Leisa Reese ) <br> _____ ) <br> _____ ) <br> _____ ) <br> (Enter the full name of the Plaintiff[s] in this action) ) <br> ) <br> vs. ) <br> ) <br> Washoe Investments llc ) <br> ~~Wyndham Hotels and Resorts inc~~ ) <br> Days inn of Rapid City ) <br> Does 1- 10 ) <br> _____ ) <br> _____ ) <br> (Enter the full name of **ALL** Defendant[s] in this ) <br> action. Fed. R. Civ. P. 10(a) requires that the ) <br> caption of the complaint include the names of all ) <br> the parties. Merely listing one party and "et al." is ) <br> insufficient. Please attach additional sheets if ) <br> necessary.) ) | Case No. <u>5:26-cv-5017</u> <br> (To be assigned by <br> Clerk of District Court) |

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

This action arises under the constitution and laws of the United States including the fourth and fourteenth amendment and 42 U.S.C 1983

The court has subject - matter jurisdiction pursuant to 28 U.S.C 1331 and 1343

Venue is proper in this district under 28 U.S.C 1391 because the events giving rise to these claims occurred in Rapid City SD

DSD 12-12

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Plaintiffs resided at the days inn- Rapid City for an extended period and maintained possession of their room, personal property and vehicles, on or about March 9, 2023, while plaintiffs were still lawful occupants of their room, hotel staff entered the room without consent, notice or legal authority.

During this unlawful entry, hotel staff photographed alleged contraband without plaintiffs knowledge or permission. Hotel staff then locked the plaintiffs out of their room despite their continued tenancy, effectively dispossessing them of their residence and belongings. Hotel staff secured the room for law enforcement, provided police with access to the room and furnished a key enabling entry without a warrant. At the time police and hotel staff knew the room was unoccupied, eliminating any exigent circumstances

Plaintiffs vehicles were subsequently towed at the direction of hotel staff resulting in additional loss of property and mobility

The identity of the individuals who allegedly reported contraband was never disclosed or verified
As a direct result of the defendants actions the plaintiffs lost their housing, personal property, vehicles, liberty and suffered severe emotional and financial harm

Defendants acted jointly with law enforcement and under color of law by willfully participating in facilitating unconstitutional searches and seizures

V. Relief (State briefly and exactly what you want the Court to do for you.)
A. Award compensatory damages in an amount to be determined at trail; B. Award punitive damages; C. Award costs, expenses, and attorney's fees pursuant to 42 U.S.C. 1988; D. Grant such other relief as the Court deems just and proper.

VI. **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [X]        NO [ ]

    B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:
To be determined at trial

Plaintiffs suffered loss of housing, loss of personal property, loss of vehicles, emotional distress, finacial losses and ongoing harm

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [x]        NO [ ]

VIII. Are you requesting a Jury Trial?

        YES [x]        NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 02 day of 12 , 2026

_____
Signature of Plaintiff[s]

4

DSD 12-12

RETURN TO
James Reese
3100 E. Hwy 34
Pierre, SD 57501

DAKOTA CENTRAL 573
14 FEB 2026 PM 2 L

Legal

US District Court Clerk
515 9th Street
Suite 302 Rapid City SD
57701

57701-267377

SR

X-RAYED BY
SOUTH DAKOTA
CSO